**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **Plaintiff** : | |
| : | |
| v. : | CASE NO. 5:03-CR-52 (HL) |
| : | 5:11-CV-901 (HL) |
| : | |
| **RONALD NASIR MAHDI,** : | |
| : | |
| **Defendant** : | |
| : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 94) filed June 7, 2011 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

The Objection of Defendant Mahdi to the Magistrate Judge's Recommendation (Doc. 95) filed June 28, 2011 has also been read and thoroughly considered and is found to be without merit. Also in this case, a Certificate of Appealability is considered denied.

**SO ORDERED,** this the 19th day of September, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge
United States District Court**